179 So.2d 335

**Melvin Connie-Mack CARTY**

v.

**STATE.**

6 Div. 255.

Supreme Court of Alabama.

Oct. 21, 1965.

Melvin Connie-Mack Carty, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Melvin Connie-Mack Carty for certiorari to the Court of Appeals to

**707**

**708**

review and revise the judgment and decision in Carty v. State, 43 Ala.App. ——, 179 So.2d 333.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur